UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-2796(DSD/FLN)

Thomas Edward Kittrell,

       Petitioner,

v.                                        **ORDER**

Stuart VonWald,

       Respondent.

     This matter is before the court upon petitoner's pro se objections to the report and recommendation of Magistrate Judge Franklin L. Noel dated January 18, 2007.  In his report, the magistrate judge recommends that petitioner's amended petition for a writ of habeas corpus be denied and the action dismissed with prejudice.

     The court reviews the report and recommendation of the magistrate judge de novo.  28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b).  Petitioner objects to the report and recommendation on several grounds but provides no apposite legal authority or argument to support his contentions.  The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion.  Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 24] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's amended petition for a writ of habeas corpus [Doc. No. 12] is denied and this action is dismissed with prejudice.

Dated:  April 13, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court
